UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THINKSTREAM, INC.

VERSUS                  CIVIL ACTION NO.: 06-834-JVP-DLD

BRIAN ANDERSON, ET AL

## RULING ON MOTION TO DISMISS

The court has before it a motion to dismiss (doc. 51) filed on behalf of plaintiff, Thinkstream, Inc., seeking to dismiss "this action" and a rule to show cause currently set before the magistrate judge for April 3, 2008. In memorandum (doc. 51-2), counsel asserts that "the entire case has been resolved and no further action need be taken in this case."

The last action taken in this case was a ruling denying a motion (doc. 39) to alter or amend the judgment on behalf of plaintiff (doc. 45). That ruling was predicated upon the court's ruling (doc. 30) granting the motion on behalf of defendant, the City of Dallas (doc. 3) to dismiss claims against the City on the grounds of sovereign immunity and comity. As far as the record shows, no appearance has been made in this matter by the other named defendant, Brian Anderson.

The ruling granting the motion to dismiss provides that claims against the City of Dallas shall be dismissed on the grounds of sovereign immunity and comity. No reference is made to the other defendant, who was not a party to the motion.

Accordingly, the court hereby **GRANTS** the motion to dismiss this action (doc. 51) filed on behalf of plaintiff and judgment shall be entered dismissing the City of Dallas on the grounds of sovereign immunity and comity and dismissing all claims against the other defendant upon motion of plaintiff.

The order to show cause (doc. 47) is hereby **VACATED**.

Baton Rouge, Louisiana, March 26, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA